UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHUA HENRY PUNT,<br><br>  Defendant. | NO. CR19-5450BHS<br><br>ORDER CONTINUING TRIAL |

Based on General Orders No. 01-20, 02-20, 03-20, 04-20, 08-20, and 09-20 issued in response to the continuing outbreak of Coronavirus Disease 2019 (COVID-19), the Court determines that trial in this case cannot proceed on the currently scheduled date of August 25, 2020. General Order No. 08-20 continues all grand jury proceedings, as well as civil and criminal in-person hearings and trial dates scheduled to occur before August 3, 2020 pending further order of the Court. General Order No. 09-20, issued on June 25, 2020 continues the procedures in General Order 04-20 (pertaining to conducting criminal proceedings other than trial by video or telephone conference) another 90 days from the date of its issue as they are necessary to preserve the public health and safety. Given that these proceedings will be conducted remotely, the undersigned concludes for the same reasons that in-person trials cannot proceed at least through August 31, 2020.

Order Continuing Trial – 1

For the reasons detailed in General Orders No. 02-20 and 08-20, the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv). For the same reasons, extraordinary circumstances exist under 18 U.S.C. § 3060(C) and justice requires delay of all criminal preliminary hearings during the time period of these continuances.

IT IS THEREFORE ORDERED that the trial date and other dates shall be continued.

The trial date of August 25, 2020, and all other upcoming dates in this case, are hereby VACATED.

The parties shall file a Joint Status Report on or before September 1, 2020, with an agreed proposed schedule for a trial date and all pretrial deadlines. If the parties do not agree on a proposed schedule, each side shall set forth, in a single report, separate proposals for the trial date and pretrial deadlines.

IT IS FURTHER ORDERED that the time between the first instance on which the undersigned continued a trial in the instant case pursuant to the suspension of criminal trials in the Western District of Washington caused by the COVID-19 outbreak and August 31, 2020, is excluded in computing the time within which trial must commence because the ends of justice served by continuing trial outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to order continuing trial would likely make trial impossible and result in a miscarriage of justice and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 14th day of July, 2020

BENJAMIN H. SETTLE
United States District Judge